United States Court of Appeals
Fifth Circuit

**F I L E D**

May 12, 2003

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**FIFTH CIRCUIT**

_____

No. 02-10096

_____

INTERFEDERAL CAPITAL INC,

Plaintiff - Appellant,

versus

FLAGSTAR BANK FSB,

Defendant - Appellee.

Appeal from the United States District Court
For the Northern District of Texas
USDC No. 3:99-CV-2318-P

Before EMILIO M. GARZA and DeMOSS, Circuit Judges, and DUVAL[*], District Judge.

PER CURIAM:[**]

AFFIRMED. See 5th Cir. Rule 47.6.

_____

[*]District Judge of the Eastern District of Louisiana, sitting by designation.

[**]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.